UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>and<br><br>THE STATE OF MISSISSIPPI,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CHEVRON U.S.A. INC.,<br><br>　　　　Defendant. | Civ. No. 3:18-cv-06506<br><br>[PROPOSED] ORDER TO ENTER CONSENT DECREE |

　　　The Plaintiffs lodged a Consent Decree in this matter with the court on October 24, 2018 ("Consent Decree"), pending a thirty (30)-day public comment period (Document No. 2-1). On December 20, 2018, having received no public comments, the Plaintiffs requested that the court enter the Consent Decree as a final order of the court. The proposed Consent Decree is fair, reasonable, and consistent with the governing statutes. For the reasons set forth in the Plaintiffs' Motion to Enter Consent Decree and for good cause shown, the Consent Decree is approved and shall be a final judgment under Federal Rule of Civil Procedure 58.

　　　So Ordered this __7th__ day of __March 2019__.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　Honorable Vince Chhabria
　　　　　　　　　　　　　　　United States District Court Judge